IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

The City of Prichard, Alabama,
A municipal corporation,

            Plaintiff,

v.

Level 3 Communications, LLC,
A Delaware limited liability
company,

           Defendant,

CASE NO. 03-248-P-C

## AMENDED ANSWER

NOW COMES the plaintiff and amends its answer to the defendant's counterclaims by adding the following affirmative defense.

Count V of the defendant's counterclaims, which alleges a violation of 42 U.S.C. §1983, is barred by the two year statute of limitations applicable to such actions pursuant to Alabama Code (1975) Section 6-2-38(l).

All the other responses and defenses in the plaintiff's answer to the defendant's counterclaims are realleged.

                        Arthur J. Madden, III
                        MADDA0656
                        Attorney for Plaintiff
                        MADDEN & SOTO
                        465 Dauphin St.
                        Mobile, AL 36602

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of October 2003, served a true and correct copy of the foregoing document by hand delivery on:

W. Perry Hall, Esq.
P.O. Box 16046
Mobile, Alabama 36616

Scott Thompson, Esq.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

_____
Arthur J. Madden, III