IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THE CITY OF PRICHARD, ALABAMA, a   )
Municipal Corporation,             )
                                   )
          Plaintiff,               )
                                   )
vs.                                )          CIVIL ACTION NO. 03-0248-P-C
                                   )
LEVEL 3 COMMUNICATIONS, L.L.C., a  )
Delaware Limited Liability Company,      )
                                   )
          Defendant.               )

ORDER OF DISMISSAL

A settlement conference was conducted before this court on May 6, 2004, with counsel for both parties appearing: Arthur J. Madden, III, on plaintiff's behalf, and H. William Wasden and T. Scott Thompson on behalf of defendant.  Before this court, the parties were able to firmly agreed upon a compromise on all claims.  They need only to perfect their agreement.

Accordingly, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED with prejudice but without prejudice to the right of either party, upon good cause shown, within forty-five (45) days to seek summary judgment enforcing the compromise if it is not consummated by that time, or such other relief as the court deems appropriate.

Each party is to bear their own costs.

DONE this  10th  day of May, 2004.

 /s/ Virgil Pittman                        
SENIOR UNITED STATES DISTRICT JUDGE